CELIA Z. GLOTZER, Respondent, *v.* BENJAMIN D. GLOTZER, Appellant.

Argued October 5, 1953; decided October 22, 1953.

*Irving J. Tell* and *Aaron Fleissig* for appellant.
*Menahem Stim* for respondent.

Appeal dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.